UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

David James Lola #231190

Case No.  15-mc-80246-JD

**ORDER OF SUSPENSION**

Because David James Lola has failed to respond to the Order to Show Cause, David James Lola's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated: November 17, 2015

_____
JAMES DONATO
United States District Judge

1 UNITED STATES DISTRICT COURT

2 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>David James Lola #231190 | Case No.  15-mc-80246-JD<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 11/17/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David James Lola
4424 Pinoak Drive
Winston-Salem, NC 27104

Dated: 11/17/2015

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
_____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato

2